**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHULRUFF DENTAL, INC.,<br>on behalf of itself and<br>the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 22-cv-558 |
| v. | ) ) | |
| PARNELL PHARMACEUTICALS, INC.,<br>and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Shulruff Dental, Inc. respectfully provides notice to the Court that Plaintiff and Defendant Parnell Pharmaceuticals, Inc. have reached an agreement to resolve this matter on an individual basis. Plaintiff expects to file a notice of dismissal in 45 days. Plaintiff respectfully requests that the Court stay all pending deadlines.

Respectfully submitted,

*s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Kolbus, hereby certify that on February 17, 2022, I filed this document through the Court's CM/ECF system and caused notice to be sent by U.S. Mail to the following:

Nancy McCarthy
McCarthy Law Offices
1000 Drakes Landing Road
Greenbrae, CA 94904

<u>*s/ Heather Kolbus*</u>
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)