## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shulruff Dental, Inc.

                         Plaintiff,

v.                                           Case No.: 1:22–cv–00558
                                                    Honorable Steven C. Seeger

Parnell Pharmaceuticals, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of settlement (Dckt. No. [9]), which reported that the parties have reached a settlement in principle. Based on that representation, the claims against Parnell Pharmaceuticals are hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by April 15, 2022. The parties shall file a stipulation of dismissal when they have executed the settlement agreement. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.